IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARCUS ANTHONY HAMILTON | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv176 |
| STATE OF TEXAS, ET AL. | § | |

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Marcus Anthony Hamilton, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against the State of Texas, the Jefferson County Sheriff's Department and the Beaumont Police Department. The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the case be dismissed for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Plaintiff filed objections to the Report and Recommendation. The Court must therefore conduct a *de novo* review of the objections in relation to the pleadings and the applicable law.

The Magistrate Judge concluded Plaintiff's claims against the State of Texas were barred by the Eleventh Amendment. Construing the claims against the remaining defendants as being asserted against Jefferson County and the City of Beaumont, the Magistrate Judge stated that as Plaintiff failed to identify any policies or customs of the County or City that led to the actions complained of in this lawsuit, he had failed to state a claim upon which relief may be granted.

As the Magistrate Judge stated. the Eleventh Amendment makes the State of Texas immune from suit. Further, in his objections, plaintiff fails to identify any policy or custom of the County or City which resulted in the allegedly improper actions he describes is his complaint. His objections are therefore without merit.

## ORDER

Accordingly, Plaintiff's objections [Dkt. 26] are OVERRULED. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 24] is ACCEPTED. A final judgment shall be entered dismissing this lawsuit.

**SIGNED this 28th day of October, 2025.**

_____
Michael J. Truncale
United States District Judge