IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MARCUS ANTHONY HAMILTON | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv176 |
| STATE OF TEXAS, ET AL. | § | |

## FINAL JUDGMENT

This action came on before the Court, and the issues having been duly considered and a decision rendered, it is

ORDERED AND ADJUDGED that plaintiff take nothing and that this lawsuit is DISMISSED for failure to state a claim upon which relief may be granted.

All motions by any party not previously ruled on are hereby DENIED.

**SIGNED this 28th day of October, 2025.**

_____
Michael J. Truncale
United States District Judge